1  DAVID P. MASTAGNI (SBN 57721)
   ANTHONY P. DONOGUE (SBN 254113)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER & JOHNSEN**
3  A Professional Corporation
   1912 "I" Street
4  Sacramento, California 95811-3151
   Telephone: (916) 446-4692
5  Facsimile: (916) 447-4614

6  Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASEY MITCHELL and MICHAEL MITCHELL, a minor, by Bonnie Mitchell, his natural parent and guardian ad litem,<br><br>Plaintiffs,<br><br>v.<br><br>RIVERSTONE RESIDENTIAL GROUP; RIVERSTONE RESIDENTIAL WEST, LLC; RIVERSTONE RESIDENTIAL CA, INC.; and DOES 1 through 100, Inclusive,<br><br>Defendants. | No. 2:11-CV-02202-LKK-CKD<br><br>**STIPULATION TO DISMISS DEFENDANTS RIVERSTONE RESIDENTIAL GROUP AND RIVERSTONE WEST, LLC WITHOUT PREJUDICE; AND ORDER** |

WHEREAS, Defendants RIVERSTONE RESIDENTIAL GROUP, RIVERSTONE RESIDENTIAL WEST, LLC and RIVERSTONE RESIDENTIAL CA, INC (hereinafter collectively referred to as "DEFENDANTS") and their attorney's of record represent that the properly named defendant herein is RIVERSTONE RESIDENTIAL CA, INC.;

WHEREAS DEFENDANTS agree to waive any defenses regarding statute of limitations and/or other defenses of untimeliness should discovery and investigation reveal liability attributable to RIVERSTONE RESIDENTIAL GROUP and/or RIVERSTONE RESIDENTIAL WEST, LLC;

WHEREAS Plaintiffs CASEY MITCHELL and MICHAEL MITCHELL, a minor, by Bonnie Mitchell, his natural parent and guardian ad litem (hereinafter referred to as "PLAINTIFFS") and DEFENDANTS agree that dismissal shall be without prejudice to PLAINTIFFS' rights to name

RIVERSTONE RESIDENTIAL GROUP and/or RIVERSTONE RESIDENTIAL WEST, LLC as defendants should discovery and investigation reveal liability attributable to RIVERSTONE RESIDENTIAL GROUP and/or RIVERSTONE RESIDENTIAL WEST, LLC;

   IT IS HEREBY STIPULATED by and between the attorneys of the parties as follows:

   1. PLAINTIFFS hereby dismiss Defendants RIVERSTONE RESIDENTIAL GROUP and RIVERSTONE RESIDENTIAL WEST, LLC without prejudice.

   IT IS SO STIPULATED AND AGREED.


Dated: December 12, 2011          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                  By:  /s/John G. Lee

                                  JOHN G. LEE
                                  Attorneys for Defendants RIVERSTONE RESIDENTIAL GROUP, LLC, RIVERSTONE RESIDENTIAL WEST, LLC, and RIVERSTONE RESIDENTIAL CA, INC.


Dated: December 13, 2011          MASTAGNI, HOLSTEDT, AMICK, MILLER & JOHNSEN
                                  A Professional Corporation


                                  By: /s/Anthony P. Donoghue

                                  ANTHONY P. DONOGHUE
                                  Attorneys for Plaintiffs  MICHAEL MITCHELL and CASEY MITCHELL

## ORDER TO DISMISS DEFENDANTS RIVERSTONE RESIDENTIAL GROUP AND RIVERSTONE WEST, LLC WITHOUT PREJUDICE

Upon reviewing and considering the Parties' Stipulation to Dismiss Defendants Riverstone Residential Group and Riverstone West, LLC Without Prejudice, DEFENDANTS RIVERSTONE RESIDENTIAL GROUP AND RIVERSTONE RESIDENTIAL WEST, LLC having agreed to waive any defenses regarding statute of limitations and/or other defenses of untimeliness should discovery and investigation reveal liability attributable to RIVERSTONE RESIDENTIAL GROUP and/or RIVERSTONE RESIDENTIAL WEST, LLC and good cause having been shown,\.

IT IS HEREBY ORDERED THAT:

Defendants RIVERSTONE RESIDENTIAL GROUP and RIVERSTONE RESIDENTIAL WEST, LLC  are dismissed without prejudice;

IT IS SO ORDERED.

DATED: January 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT