UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY MITCHELL and
MICHAEL MITCHELL, a minor,
by Bonnie Mitchell, his
natural parent and
guardian ad litem,

        Plaintiffs,

   v.

RIVERSTONE RESIDENTIAL
GROUP; RIVERSTONE RESIDENTIAL
WEST, LLC; RIVERSTONE
RESIDENTIAL CA, INC.; and
DOES 1 through 100, inclusive,

        Defendants.

NO. Civ.S-11-2202 LKK/CKD

**ORDER RE DISPOSAL
DOCUMENTS AFTER
NOTIFICATION OF SETTLEMENT**

    Counsel for plaintiffs has filed a Notice of Settlement in the above-captioned case.  The court now orders that the dispositional documents, motions or petitions be filed no later than twenty-one (21) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED.**

////

1

1   <u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE</u>
2   <u>IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO</u>
3   <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>
4   IT IS SO ORDERED.
5   DATED: January 24, 2013.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT