UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CASEY MITCHELL and
MICHAEL MITCHELL, a minor,
by Bonnie Mitchell, his
natural parent and
guardian ad litem,

NO. Civ.S-11-2202 LKK/CKD

    Plaintiffs,

  v.

RIVERSTONE RESIDENTIAL                     O R D E R
GROUP; RIVERSTONE RESIDENTIAL
WEST, LLC; RIVERSTONE
RESIDENTIAL CA, INC.; and
DOES 1 through 100, inclusive,

    Defendants.
_____/

    Pending before the court is Plaintiffs' petition to approve a proposed compromise of a disputed claim of a minor. Pls' Pet., ECF No. 20. Plaintiffs have filed their "Expedited Petition to Approve Compromise of a Disputed Claim of a Minor" in accordance with the requirements of the California Rules of Court, Rule 7.950.5, and have not noticed their motion for a hearing before this court.

1

Pursuant to the Eastern District of California's Local Rule 202(b)(2) (2013), the motion for approval of a proposed settlement or compromise of a claim brought by or against a minor or incompetent person shall be filed and calendared pursuant to Local Rule 230.

Plaintiffs have not filed their motion in accordance with Local Rule 230.

Accordingly, Plaintiffs SHALL re-file their motion in accordance with the Eastern District of California's Local Rule 230 (2013). Defendants SHALL file an opposition or a statement of non-opposition to Plaintiff's motion, in accordance with Local Rule 230(c) (2013).

IT IS SO ORDERED.

DATED: March 7, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT