DAVID P. MASTAGNI (SBN 57721)
ANTHONY P. DONOGUE (SBN 254113)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER & JOHNSEN**
A Professional Corporation
1912 "I" Street
Sacramento, California 95811-3151
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| CASEY MITCHELL and MICHAEL MITCHELL, a minor, by Bonnie Mitchell, his natural parent and guardian ad litem, | No. 2:11-CV-02202-LKK-CKD |
| Plaintiffs, | **ORDER TO DISMISS** |
| v. | |
| RIVERSTONE RESIDENTIAL GROUP; RIVERSTONE RESIDENTIAL WEST, LLC; RIVERSTONE RESIDENTIAL CA, INC.; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

WHEREAS, Plaintiffs filed a request for dismissal on October 17, 2013; and

WHEREAS, Plaintiffs' motion to approve the compromise of a disputed claim of a minor was granted on April 17, 2013, ECF No. 26, which resolved all claims herein and good cause appearing;

IT IS HEREBY ORDERED:

This matter is dismissed in its entirety.

Dated: October 21, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT